UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 1:13-mj-00945 |
| v. | : | |
| RYAN JESSE LOSKARN, | : | |
| Defendant. | : | |

## ORDER

Based on the motion of the United States of America to vacate the January 27, 2014 status hearing date due to the death of the defendant, and the concurrence of defense counsels to this motion, it is this ____ day of January, 2014 hereby,

ORDERED that the status hearing in this above-captioned matter be and hereby is VACATED.

SO ORDERED.

_____
Debo...
United ...